**Macel JUERGENS; Designs by Macel, Plaintiffs–Appellants**

v.

**William L. WATT, Defendant–Appellee.**

**No. 09–60471.**

United States Court of Appeals, Fifth Circuit.

June 9, 2010.

Ralph Stewart Guernsey, Water Valley, MS, for Plaintiffs–Appellants.

Edward Joshua Bogen, Jr., Tannehill & Carmean, P.L.L.C., Oxford, MS, for Defendant–Appellee.

Before REAVLEY, WIENER, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

AFFIRMED. See Rule 47.6

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.